UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUAN DEDIOS GARCIA-HERRERA,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>NATHALIE ASHER, Immigration and Customs Enforcement Field Office Director, et al.,<br><br>　　　　　　　　Respondents. | Case No. C12-1711 RSM<br><br>**ORDER OF DISMISSAL** |

　　The Court, having reviewed petitioner's petition for writ of habeas corpus, respondents' return and motion to dismiss, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

　　1.　The Court adopts the Report and Recommendation;

　　2.　Petitioner's petition for writ of habeas corpus, Dkt. No. 1, is **DENIED**, respondents' motion to dismiss, Dkt. No. 8, is **GRANTED**, and this matter is **DISMISSED** with prejudice; and

///

///

///

ORDER OF DISMISSAL - 1

3. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 18th day of April 18, 2013

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2